UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LARRY STONER,

        Plaintiff,                         Case No. 12-cv-14076

                                               Paul D. Borman
v.                                       United States District Judge

                                               Mona K. Majzoub
DOUGLAS B. SHAPIRO,                  United States Magistrate Judge

DAVID H. SAWYER, and
JANE E. MARKEY,

        Defendants.

_____/

ORDER (1) ADOPTING REPORT AND RECOMMENDATION (ECF NO. 16);
(2) GRANTING DEFENDANTS' MOTION TO DISMISS (ECF NO. 11); and
(3) DISMISSING COMPLAINT

On July 25, 2013, Magistrate Judge Mona K. Majzoub issued a Report and Recommendation to Grant Defendants Hon. Douglas B. Shapiro, Hon. David H. Sawyer and Hon. Jane E. Markey's Motion to Dismiss. (ECF No. 16, Report and Recommendation.) Having reviewed the Report and Recommendation, and there being no timely objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court ADOPTS the Report and Recommendation, GRANTS the Motion to Dismiss and DISMISSES Plaintiff's Complaint with prejudice.

IT IS SO ORDERED.


                                               s/Paul D. Borman
                                               PAUL D. BORMAN
                                               UNITED STATES DISTRICT JUDGE

Dated: August 23, 2013

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on August 23, 2013.

                                                 s/Deborah Tofil
                                                 Case Manager